PFE/WRM: August 2023
GJ#16

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | No. |
| ) | |
| TAYLOR HAZIEL MONTIJO   ) | |

## <u>INDICTMENT</u>

<u>COUNT ONE:</u>  [18 U.S.C. §§ 922(o) and 924(a)(2)]

The Grand Jury charges that:

On or about the 22nd day of December 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**TAYLOR HAZIEL MONTIJO,**

did knowingly possess a machinegun, that is, a Glock 9mm pistol modified by the installation of a machinegun conversion device designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, commonly referred to as a "Glock Switch," in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT TWO:**  **[26 U.S.C. § 5861(d)]**

The Grand Jury charges that:

On or about the 22nd day of December 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**TAYLOR HAZIEL MONTIJO,**

knowingly received and possessed a firearm, that is, a Glock 9mm pistol modified by the installation of a machinegun conversion device designed to enable automatic fire, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**NOTICE OF FORFEITURE**
**[18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c)]**

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses charged in Counts One and Two of this Indictment the defendant, **TAYLOR HAZIEL MONTIJO**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms, magazines, and ammunition involved in or used in the commission of the offenses, including, but not limited to, a **Glock, G34, 9mm pistol, bearing serial number SVB451, any part/components for machinegun conversion devices, and**

**any magazines and associated ammunition.**

A TRUE BILL

*/s/ Electronic Signature*

_____
FOREPERSON OF THE GRAND JURY

                              PRIM F. ESCALONA
                              United States Attorney

                              */s/ Electronic Signature*

                              _____
                              WILLIAM R. MCCOMB
                              Assistant United States Attorney