IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| v. | ) | 2:23-CR-275-MHH-NAD |
| | ) | |
| **Taylor Montijo** | ) | |

### Sentencing Memorandum

Taylor Montijo, through Counsel, files this Sentencing Memorandum for this Court's consideration. Mr. Montijo asks this Court to impose a sentence within his sentencing guideline range and he asks that said sentence be run concurrent to any yet-to-be imposed sentence in his pending state court cases. *See* **PSR ¶ 36, 37**; *Setser v. United States*, 566 U.S. 231(2012) (recognizing a district court's authority to decide whether a federal sentence should run concurrently or consecutively to an anticipated state sentence); U.S.S.G § 5G1.3, cmt. background ("Federal courts also generally have discretion to order that the sentences they impose will run concurrently with or consecutively to other state sentences that are anticipated but not yet imposed.") (citing *Setser*, 566 U.S. at 236).

By all accounts, Taylor Montijo is a young man with a good heart who has taken a detour down the wrong path. *Letter from Luz Bautista* ("Taylor is a very nice, respectful, gentle, friendly, loving and hard working kid."); *Brian Rosario* ("Taylor Montijo is a good kid, he comes from a good home and loving family."); *Ramairy Moreta* ("Taylor is a really good guy who like to help everyone."); *Daleisy Moreta* ("Taylor is a respectful, loving, kind, and helpful kid."); *Dashley Batista* ("He

1

is very respectful, understanding, willing to give his last to someone in need, goofy, and bright."); *Destiny Wyatt* ("He's a sweetheart, funny, and loved being around family . . . . He has always been respectful to everyone around him.").

Taylor's chorus of supporters agree on two important facts about him. First, that he is a person of good character who cares deeply about others. *See, e.g.*, *Letter from Destiny Wyatt* (describing how Taylor supported and comforted her while she grieved the death of her son's father). Second, that he has accepted responsibility for the decisions he's made, and has taken ownership over the unfortunate trajectory of his life thus far. *See id.* (describing Taylor as "someone who [has] made terrible mistakes but is taking accountability" for his decisions); *Yodalis Batista* ("He has confessed to me that there is a lot that he regrets; his bad decisions, how sorry he is for affecting not only himself," but his family's "lives.").

Although Taylor enjoys the support of a tight-knit and supportive family, he was profoundly impacted by his father's absence from his life. **PSR ¶ 39**. The insecurity caused by his father's absence was only exacerbated by his mother's perennial struggle to make ends meet. **Id.** The result was what Taylor describes as a "rough" childhood. **Id.** Unfortunately, Taylor struggled to manage the challenges he faced. Poor choices as an adolescent led to poor choices as a teenager which led to poor choices as a young adult. **PSR ¶ 31, 32, 48-50.** Today, the culmination of those choices have brought the "respectful, loving, kind, and helpful kid" to a sentencing hearing in federal court. *Letter from Daleisy Moreta.*

Taylor was eighteen years old at the time of his offense.[1] In the past year-and-a-half, Talyor has spent a lot of time reflecting on his life choices—particularly concerning the company he chooses to keep. There are many decisions in Taylor's life that if given the opportunity to revisit, he certainly would. But he's not able to roll back the clock, he's only able to move forward. Looking toward the future, Taylor is focused on ensuring that his young daughter enjoys a healthy and happy life with the support of two parents—something that Taylor understands the importance of better than anyone. *See Letter from Yodalis Batista* ("All he talks about is getting the chance to get out soon and be a part of his daughter's life."). *Daleisy Moreta* (highlighting her opinion that the birth of Taylor's daughter has "change[d] his life").

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama

**/s/ Ryan Rones**
RYAN RONES
Assistant Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 855-8752
Ryan_Rones@fd.org

---

[1] As part of its analysis, Taylor asks that this Court consider his age at the time of the offense. *See, e.g.*, *Gall v. United States*, 552 U.S. 38, 58 (2007) (recognizing that "immaturity at the time of the offense" is a permissible "mitigating factor" for a sentencing court to consider); *see also Jones v. Mississippi*, 593 U.S. 98, 105 (2021) (noting the Court's recognition that "youth matters in sentencing."); *Miller v. Alabama*, 567 U.S. 460, 472 (2012) ("[Y]outh diminish[es] the penological justifications for imposing the harshest sentences on juvenile offenders, even when they commit terrible crimes."); *Johnson v. Texas*, 509 U.S. 350, 367 (1993) ("[Y]outh is more than a chronological fact. It is a time and condition of life when a person may be most susceptible to influence and to psychological damage.") (quotation omitted).

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2024, I electronically filed the foregoing via this Court's CM/ECF system, which will send notice of such filing to all counsel of record.

>Respectfully submitted,
>
>**/s/ Ryan Rones**
>RYAN RONES
>Assistant Federal Public Defender