April 16th 2024

Luz E. Batista
Birmingham AL.

Honorable Judge,

My name is Luz Batista, I'm Taylor Montiso aunt. I work at Lowes for two years. I'm a pro-specialist. I have a very close relationship with my family. I have three children who are very close to Taylor.

I'm writing this letter to express how I feel about Taylor's situation.

Taylor is a very nice, respectful, gentle, friendly, loving and hardworking kid, always willing to help others. He is that special person who makes everybody laugh and want others to be around him all the time.

I do understand that it was made a big mistake and there is conceguences to it, but he also deserves a second chance because he was young and didn't know any better.

Your Honor I would like for you to take in concideration that Taylor has a daughter who he has never met yet.

Thank you

Luz E. Batista

Brian Rosario                               April, 16, 24

Birmingham AL,

Honorable Judge,

My name is Brian Rosario, I am Taylor Montijo's cousin. I am a construction worker here in th Birmingham area for over 5 years. I want to start off by saying that Taylor montijo is a good kid, he comes from a good home and a loving family. I am writing this letter to express my thougts on Taylor's case, I am aware that he plead guilty to federal charges. I feel horrible about whats going on in Taylors life right now. I also understand he has to pay for what he has done. With the time he has spent in there and away from his daughter that he hasn't met, I am pretty sure he has learned his lesson. I was hoping you can find it in the bottom of your heart to forgive Taylor and give him a second chance at life. I hope this bump on the road does not affect his future.

# DESTINY LOVE WYATT

▮▮▮▮▮▮▮ Birmingham, Al ▮▮▮

▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮

April 16th, 2024

The Honorable Madeline Hughes Haikala
U.S. District Court
1729 Fifth Avenue North
Birmingham, Alabama 35203

**Dear The Honorable Madeline Hughes Haikala:**

Hi, my name is Destiny Love Wyatt and I am 24 years old. I'm a full-time student at Lawson State Community College and a stay-at-home mom of three little boys. I am aware that Taylor Montijo pleaded guilty to a federal charge. I have known Taylor for almost a decade. When I first met him, he was a light in the room, he would keep us all laughing for hours. He's a sweetheart, funny, and loved being around family. He has always been respectful to everyone around him. I met him through my son's father, Brandon Rosario (Taylor's cousin). He loved him and looked up to him. I was pregnant when his cousin passed. Taylor would come over to talk and keep me laughing and uplifted me in the mist of my grieving. The first thing, he said, "Destiny you have gotten so big, looks like you about to pop." He truly helped me during a difficult time. He stayed with a smile on his face. He's more than a defendant. He's a son, a father, a cousin, uncle, and most importantly a friend. I've have known him to be very loving, humorous, and sharp. I truly believe he has something greater to come out of this. He's young and have so much life ahead of him. I am writing this letter to speak on how compassionate Taylor is, someone who have made terrible mistakes but is taking accountability for it. He's learning, and I have faith in him to do better moving forward. He has a little girl to look after. Thank you for your time. I ask that you consider Taylor's character. I'm available to talk for more information if needed,

Sincerely,

**Destiny Love Wyatt**

Yodalis Batista

Lake Mary, FL

Dear Judge Haikala,

I hope this letter finds you well. My name is Yodalis Batista I am Taylor Montijo's older sister. I am 29 years old and I have been living in Orlando, Florida for about four years. I lived in Birmingham, Alabama with my family before moving here. currently work at the Department of Veteran's Affair on the financial side as an accounts management technician. I find pleasure in working for the Orlando VA as I am a veteran myself. I was in the Alabama national guard for 6 years. I have known Taylor since he was in my mom's belly. I was 9 years old when Taylor was born, we grew up together with my mom until I was old enough to move out. Taylor is the only boy and he's my mother's favorite and her companion. I understand that my brother Taylor has broken the law and will be sentenced for doing so as he pleaded guilty to a federal charge. I agree that my little brother should be held accountable and should serve time for the laws he has violated, however judge, I ask for leniency. My brother isn't perfect, but I truly believe that what he needs is a fresh start, a do over the wants to change and by pleading guilty I think he's already making the first step to becoming a better man. He has confessed to me that there is a lot that he regrets ; his bad decisions, how sorry he is for affecting not only himself but my niece, mom and sister's lives. He realized that his decisions have consequences and he understands that now. All he talks about is getting the chance to get out soon and be a part of his daughter's life. Her name is K███ and she looks just like him. I believe he is willing and eager to change his life around all for his daughter to be able to provide her with a better life. On one of our phone calls he mentioned to me about all the future plans he has. He wants to come live in Florida with his daughter and start over and I told him I would be here for them every step of the way. Taylor is a hard worker and a smart man, whose made bad choices but who is also able to reflect on his mistakes. Again, judge I ask for your leniency on my little brother. Thank you for taking the time to read my letter.

Sincerely,

Yodalis Batista

April 17, 2024

Daleisy Moreta

Birmingham AL,

Dear Judge Madenline Hughes I Daleisy Moreta am writing this letter in behalf of Taylor Montijos situation. I am 24 years old I own a cleaning company located in the Birmingham area where I also live.

I am aware that Taylor pleaded guilty to Federal charges. I'm also aware that Taylor has to complete a sentence for his actions. I would like for your honor to take in consideration that Taylor comitted a mistake, he was young and hanged around the wrong crowed. Taylor comes from a united family.

My relationship with Taylor is amazing. Taylor is a very good cousin to me we alway used to sit and talk about life, things we did as kids. Taylor is a respectful, loving, kind, and helpful kid. For example one day we were sitting in his living room when his mom got sick and Taylor rushed her to the hospital and took very good care of her. And their was this other time where Taylor decided to go out and feed the homeless people. Taylor loves to help and spend time with our family.

My personal opinion in this situation is that people make mistakes in the bible Mathew 6:14 says "For if you forgive others thier trespasses, your heavenly Father will also forgive you." Taylor deserves another chance to make things right and rearange his life. Now that Taylor has matured and has a baby girl that change his life, he deserve to watch her grow and she deserves to meet her dad. Thanks for understanding me and hearing my perspective of this situation your honor.

Sincerly,

Daleisy Mareta

Dear Judge,

Birmingham, AL

My name is Dashley Montijo Batista and I am Taylor Montijo's older sister. I currently work for a security officer for allied universal and I am 21 years old. I grew up in a house hold of 5 including my mother. I am aware that Taylor pleaded guilty to a federal charge and I completely understand that what he did wasn't right at all. Well I grew up with Taylor my whole life. Taylor and I was unbreakable since we was young. Growing up with Taylor was pretty fun, we are only a year and a half apart. He is very respectful, understanding, willing to give his last to someone in need, goofy, and bright. I remeber when our family use to go on trips all the time and Taylor use to be so excited to just go out of town. He loves the ocean. It was like his happy place. Taylor and I relationship was like most brother and sister are but He always use to act like he was my big brother. He was always overprotective over me and I loved it because I never had a older brother so he made me feel protected. He was always a shoulder I could cry on because he was so understanding. Taylor and I father was never in our life but that never stopped us from being fully loved

by our mother. I remeber when Taylor use to take care of my grandfather after he had a heart attack, he was just so caring and understanding. He use to wake up early right before school to make sure my grandfather use to take his medications. I believe Taylor is a good person because he is honest and positive, without being mean. Telling siblings what they should do isn't the only way that Taylor can show stellar communications skills. Taylor is an active listener, takes in what all anyone have to say and processes it before responding. Taylor is very genuie and humble, he never felt like money was the only thing to happy in this world. He always felt like it was always something better in life. Again I completely understand what he did is not okay what so ever but He's human. He is really generous, caring, reliable and throughful person. Hopefully by me writing this letter it will let you see good in Taylor. Thank you for even reading and learning new things about Taylor.

Sincerely,

Dashlye Martin
Batista

April 17, 2024

Ramairy Moreta

Birmingham, AL

My name is Ramairy Moreta and i'm writing this letter in behalf of Taylor Montilo. I just would like to start off by saying im 19 years old, I go to college in Birmingham. Taylor is my cousin. Me and Taylor have a good relationship, we always use to spend alot of time together with the family. I'm aware that Taylor pleaded guilty to a federal charge which he will be sentenced to. I would like for you your honor to please take in consideration that taylor was young and is still learning from his mistake. Taylor is a really good guy who likes to help everyone. So please your honor can you help Taylor out with a lighter sentence.

*[signature]*